# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS

IN RE: JULIE VAUGHN,                       CASE No. 2:11-73160
         Debtor                                    Chapter 7

## MOTION TO COMPEL TURNOVER

COMES NOW R. Ray Fulmer, II, the Trustee appointed in this Chapter 7 Bankruptcy Petition, and for his Motion to Compel states:

1. At the First Meeting of Creditors held August 12, 2011, the Debtor disclosed that she is the recipient of certain royalty payment resulting from an assignment to her by her father of rights to receive payment for rock and sand. The Debtor testified that this was a complete assignment of her father's right to receive payment.

2. The Trustee requested that the Debtor schedule this asset and provide a value based upon capitalization of the income received.

3. Counsel for the Debtor has advised the Trustee that the Debtor refuses to schedule this asset.

4. Movant, R. Ray Fulmer, II as Trustee, requests that this Court enter its Order directing the Debtor to surrender a copy of the assignment of right to payment to the Trustee and to schedule the asset in accordance with the assignment and payments being received.

5. Further, the movant, R. Ray Fulmer, II as Trustee, requests that this Court order the Debtor to surrender all payments received since the filing of the Petition and further surrender all of her rights to the Trustee in this asset as it is an unscheduled asset for which an exemption can no longer be claimed.

WHEREFORE, premises to considered, Movant, R. Ray Fulmer, II as Trustee, prays that this Court enter its Order directing the Debtor to surrender all royalty interest assigned to her to the Trustee and turn over all funds received since the filing of this Petition to the Trustee and for all other relief to which the Trustee may show itself entitled.

        Respectfully submitted,

        LEDBETTER, COGBILL, ARNOLD
          & HARRISON, LLP

By:   /s/ R. Ray Fulmer, II
      R. Ray Fulmer, II
      P.O. Box 185
      Fort Smith, AR 72902-0185
      Telephone: 479-782-7294
      Facsimile: 479-782-1493

CERTIFICATE OF SERVICE

I, R. Ray Fulmer, II, the attorney for the court appointed Trustee herein, do hereby certify that on this 3rd day of October, 2011, I electronically filed the above and foregoing pleading with the Clerk of the U.S. Bankruptcy Court, Western District of Arkansas using the CM/ECF System which will send notification of such filing via e-mail to the following: Mr. Keith M. Kannett, Attorney for the Debtor at cooklawoffices@yahoo.com to Mr. Daniel R. Osborne, attorney for Wells Fargo Bank, N.A. at dosborne@wilson-assoc.com mailto:devans@csw.net. and to the United States Trustee's Office at USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov, Joyce.N.Talley@usdoj.gov ; and Cecilia.A.Boyle@usdoj.gov and I mailed a true and correct copy of the above and foregoing pleading to the following:

Julie Denise Vaughn
8418 Penny Lane
Ratcliff, AR 72951


        /s/ R. Ray Fulmer, II
        R. RAY FULMER, II